RECEIVED
BY MAIL

FEB 2 3 2026

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN



SCANNED

FEB 2 3 2026

U.S. DISTRICT COURT ST. PAUL

Doucette 2700 Peterson Pl # 17c
Costa Mesa, Ca 92626



Doucette
2700 Peterson Pl # 17c
Costa Mesa. Ca 92626

# EXHIBIT A



racialjusticemn and nekimal    ...

racialjusticemn  3w
#OPERATIONPULLUP

You want ICE out of Minnesota? Join us tomorrow at the Midway Cub foods for an ICE OUT Action in honor of Dr. Martin Luther King.

📍 Midway Cub – St. Paul
📅 Sunday January 18th
⏰ 10am SHARP

Dress warm, be ready to mobilize.

#iceoutofminnesota #standup #community
#antifacism

January 17

# EXHIBIT B





https://www.instagram.com/reels/DURKYmRD1DV/

 AI Overview

Jerome Deangelo Richardson, a 21-year-old Temple University student, admitted via social media (including YouTube and Instagram) to assisting journalist Don Lemon with logistics and connecting him with local contacts during a January 18, 2026, protest at Cities Church in St. Paul, Minnesota. 🔗

- **Admission of Assistance:** In a video posted before his arrest, Richardson stated he was "proud to support" Lemon in covering the protest, which targeted a pastor who is also a local ICE official.

- **Logistics & Contacts:** Richardson, a St. Paul native, described helping Lemon by managing logistics and facilitating connections with local activists during the protest, which was labeled "Operation Pull Up" in federal indictments.

- **Federal Charges:** Richardson surrendered to federal authorities in Philadelphia on Feb. 2, 2026, and faces charges of conspiring with others—including Lemon—to interfere with the religious freedom of worshippers.