# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ann Doucette,

       Plaintiff,

v.

Nekima Levy Armstrong also known as Nekima Valdez Levy-Pounds, William Scott Kelly also known as DaWokeFarmer, Chauntyll Louisa Allen, Don Renaldo Lemon, Jamael Lydell Lundy, Trahern Jeen Crews, Georgia Ellyse Fort, Jerome Deangelo Richardson, DOES 1 through 25 inclusive,

       Defendants.

File No. 26-CV-01606 (JMB/ECW)

**ORDER**

This matter has been assigned to the undersigned.  Pursuant to 28 U.S.C. § 455, the undersigned recuses himself from hearing this matter.

       **THEREFORE, IT IS HEREBY ORDERED** that, pursuant to this Court's Order for Assignment of Cases dated July 19, 2021, this action shall be resubmitted to the Clerk of Court for reassignment.

       IT IS FURTHER ORDERED that a copy of this Order shall be filed in the above-captioned action.

Dated:  February 25, 2026

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court

1