**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ann Doucette,

Plaintiff,

v. Case No. 26-cv-01606-KMM-ECW

Nekima Levy Armstrong, et al.,

Defendants.

---

**DEFENDANT DON RENALDO LEMON'S MOTION TO STAY**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant Don Renaldo Lemon hereby moves the Court to (1) stay this action pending the outcome of the federal prosecution against him, *United States v. Don Renaldo Lemon*, Case No. 26 CR 25(4) (LMP/DLM) (D. Minn.), (2) extend his deadline to answer or otherwise respond to the Complaint by 60 days from the date of any order either denying or lifting the stay, and (3) find good cause to extend the corresponding deadline for him to file a special motion for expedited relief under Minnesota's anti-SLAPP statute, Minn. Stat. §§ 554.07 *et seq.*, also by 60 days from an order denying or lifting the stay. Without such a stay and an

extension of the corresponding deadlines, Lemon will be unable to effectively defend himself against this action, the criminal charges, or both.

Dated: August 14, 2026

Respectfully submitted,

**THOMPSON JACOBS PLLC**

/s/ *Joseph H. Thompson*
Joseph H. Thompson (#0343031)
THOMPSON JACOBS PLLC
222 N. Second Street, Suite 220
Minneapolis, MN 55401
Tel: (612) 416-3322
joe@thompsonjacobs.com

*Counsel for Don Renaldo Lemon*

# **CERTIFICATE OF SERVICE**

I, Joseph H. Thompson, hereby certify that on August 14, 2026, I caused a copy of Defendant Don Renaldo Lemon's Motion to Stay and all accompanying papers to be filed electronically via CM/ECF and served on Plaintiff Ann Doucette by e-mail pursuant to her written consent, in accordance with Fed. R. Civ. P. 5(b)(2)(E).

Dated: August 14, 2026

**THOMPSON JACOBS PLLC**

/s/ *Joseph H. Thompson*
Joseph H. Thompson (#0343031)
THOMPSON JACOBS PLLC
222 N. Second Street, Suite 220
Minneapolis, MN 55401
Tel: (612) 416-3322
joe@thompsonjacobs.com

*Counsel for Don Renaldo Lemon*