**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ann Doucette,

Plaintiff,

v.

Don Renaldo Lemon and Does 1 through 25 inclusive,

Defendants.

Case No. 26-cv-01606 (KMM/ECW)

**ORDER ON REPORT AND RECOMMENDATION**

---

This matter is before the Court on United States Magistrate Judge Elizabeth Cowan Wright's October 14, 2026 Report and Recommendation ("R&R") recommending that Defendants Does 1 through 25 inclusive be dismissed without prejudice from this action for Plaintiff's failure to prosecute. (Dkt. 50 at 3.)

Ms. Doucette has not filed any written objections to the R&R, either within the permissible 14 days or in the weeks since. *See* D. Minn. L.R. 72.2(b)(1) (setting a 14-day deadline for a party to file "objections to a magistrate judge's proposed finding and recommendations"). In the absence of objections, the Court reviews an R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Having done so, this Court finds that no clear error exists and accepts Judge Wright's recommendation in full.

In accepting this R&R, the Court also makes note of Judge Wright's comment about the pending stay in this case (Dkt. 50 at 3 ("The stay imposed by the Court's September 1,

2026 Order (Dkt. 43) remains in effect as to Defendant Don Renaldo Lemon . . . .").) This Order does nothing to disturb the active stay or change the responsive timeline in this matter.

**ORDER**

For the foregoing reasons, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Dkt. 50) is **ACCEPTED**.

2. Defendants Does 1 through 25 inclusive are **DISMISSED WITHOUT PREJUDICE** from this action.

Date: November 25, 2026

*s/ Katherine M. Menendez*
Katherine M. Menendez
U.S. District Court Judge